455 A.2d 212

Hoellen, Appellant v. Hoellen.

Argued May 4, 1981. Sandor Engel, for appellant; Robert E. Donatelli, for appellee.

Before CERCONE, P.J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is affirmed.